```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
            -v-                                                    :   21 Cr. 242 (JPC)
                                                                   :
ELIOT BACOLAS,                                                     :   ORDER
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court adjourns the status conference scheduled for May 17, 2022 at 11:30 a.m. until May 17, 2022 at 4:45 p.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: May 9, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge