

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 22, 2022

**BY ECF and Email**
Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

Re:   *United States v. Eliot Bacolas*, 21 Cr. 242 (JPC)

Dear Judge Cronan:

The Government submits this joint letter in advance of the August 29, 2022 conference in the above-captioned matter. On August 16, 2022, defense counsel transmitted a mitigation submission for consideration by the Government. The Government is currently reviewing the submission but will not reach a final determination on possible pretrial resolutions by August 29, 2022. Accordingly, the parties respectfully request a 30 to 45-day adjournment to allow (i) the Government to consider the submission and (ii) the parties to finalize discussions regarding a pre-trial resolution. Should the Court grant this request, we further request that time be excluded under the Speedy Trial Act from August 29, 2022 until the date of the next-scheduled conference. The Government respectfully submits that the proposed exclusion would be in the interest of justice. Defense counsel has no objection to the exclusion of time.

These requests are granted. The Court adjourns the status conference scheduled for August 29, 2022 at 2:00 p.m. until October 3, 2022 at 11:00 a.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007. The Court also grants the Government's request to exclude time under the Speedy Trial Act between August 29, 2022 and October 3, 2022. The Court finds that, pursuant to 18 U.S.C. 3161(h)(7)(A), the ends of justice served by excluding time until October 3, 2022 outweigh the interests of the public and the defendant in a speedy trial, by allowing time for the Government to consider mitigating materials and for the parties to discuss a pre-trial resolution. The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 29.

SO ORDERED.
Date: August 22, 2022
New York, New York

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: *Ashley C. Nicolas*
Ashley C. Nicolas
Assistant United States Attorney

cc:  Peter Katz, Esq. (by email)