

August 26, 2022

**BY ECF**
Hon. John P. Cronan
United State District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  <u>United States v. Eliot Bacolas</u>, 21 CR 242 (JPC)

Dear Judge Cronan:

    I am counsel to Mr. Bacolas in the above referenced case. I am writing with the consent of assigned AUSA Ashley Nicolas and Pretrial Services Officer Jonathon Lettieri and upon the request of Mr. Bacolas's physician, Dr. Andrew Petelin, to request that Mr. Bacolas' conditions of release be modified so that he be permitted to take daily walks outside of his home for both his mental and physical health. I have attached Dr. Petelin's letter for your consideration.

    Thank you for your attention to this matter.

                                                     Sincerely,

                                                   Peter Katz, Esq.
                                                   *Counsel to Eliot Nicolas*

This request is granted. Mr. Bacolas' conditions of release are modified to allow him to take a daily walk outside of his home. All other conditions remain the same.

SO ORDERED.
Date: August 26, 2022
New York, New York

                            JOHN P. CRONAN
                            United States District Judge



**Mount Sinai Doctors**

Mount Sinai Doctors
55 East 34th Street
New York, NY 10016
T 212-252-6000

07/29/2022

To Whom It May Concern:

Mr. Eliot Bacolas D.O.B: 8/30/1972 was seen in my office on 07/28/2022. Patient was advised to take daily walks to keep his physical and mental health healthy. Please accommodate Mr. Bacolas with this daily activity. If you have any questions you can reach me at 212-252-6005.

Sincerely:

Andrew Petelin MD

Dr. Andrew Petelin
Internal Medicine & Infectious Disease
NPI: 1710117320
License: 254234