

116 Village Boulevard, Suite 200
Princeton, New Jersey 08540
609.734.4380

52 Duane Street, 7th Floor
New York, New York 10007
212.933.9323
pkatzlegal.com

March 17, 2023

**BY ECF**
Hon. John P. Cronan
United State District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: <u>United States v. Eliot Bacolas</u>, 21 CR 242 (JPC)

Dear Judge Cronan:

    I am counsel to Mr. Bacolas in the above referenced case. As Your Honor is aware, a status conference in this case is currently scheduled for March 23, 2023 at 10:00am. We have been working diligently to come to a resolution short of trial. To that end, the parties have an agreement in principle that would result in Mr. Bacolas pleading guilty. The government needs a short period of time to finalize the written agreement. In addition, I will be out of town early next week and unable to prepare Mr. Bacolas for a plea on March 23rd. For these reasons, the parties respectfully request that the March 23rd status conference be adjourned to sometime in April and converted to a change of plea hearing. Any date or time in April works for the parties *except* April 3, April 5 in the afternoon, April 6, April 10, April 11 after 11am, April 17, or April 19.

    In the event that there is an adjournment, we respectfully request and consent that time be excluded under the Speedy Trial Act until the next conference date set by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A). The exclusion of time best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial as it will allow time for the parties to continue our on-going discussions regarding a potential disposition of this matter.

    I have consulted with Assistant U.S. Attorney Ashley Nicolas who also consents to this potential adjournment request and to the exclusion of time on behalf of the government.

    Thank you for your attention to this matter.

                                     Sincerely,

                                       Peter Katz, Esq.
                                     *Counsel to Eliot Nicolas*

The conference currently scheduled for March 23, 2023 is adjourned until April 4, 2023, at 1:00 p.m. in Courtroom 12D of 500 Pearl Street, New York, New York 10007, and is converted into a change of plea hearing on that date. The Court also grants Defendant's request to exclude time under the Speedy Trial Act between March 23, 2023 and April 4, 2023.  The Court finds that, pursuant to 18 U.S.C. 3161(h)(7)(A), the ends of justice served by excluding time until April 4, 2023 outweigh the interests of the public and the Defendant in a speedy trial, by allowing time for the Government and Defendant to continue their discussions regarding a pre-trial disposition of this case.

The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 41.

SO ORDERED.
Date: March 20, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge