

April 3, 2023

**BY ECF**
Hon. John P. Cronan
United State District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  <u>United States v. Eliot Bacolas</u>, 21 CR 242 (JPC)

Dear Judge Cronan:

      I am counsel to Mr. Bacolas in the above referenced case.  I am writing with the consent of assigned AUSA Ashley Nicolas and Pretrial Services Officer Jonathon Lettieri to confirm Your Honor's approval, provided in court today, that Mr. Bacolas may attend a family Seder this Thursday, April 6, 2023 for the Passover holiday in Brooklyn.  Mr. Bacolas will let Pretrial know the location prior to the event.

      Thank you for your attention to this matter.

      Sincerely,

      Peter Katz, Esq.
      *Counsel to Eliot Nicolas*

Defendant's request to travel to Brooklyn on April 6, 2023 is granted.

SO ORDERED.
Date: April 4, 2023
New York, New York

JOHN P. CRONAN
United States District Judge

1