

August 28, 2023

**BY ECF**
Hon. John P. Cronan
United State District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  <u>United States v. Eliot Bacolas</u>, 21 CR 242 (JPC)

Dear Judge Cronan:

I am counsel to Mr. Bacolas in the above referenced case.  As Your Honor is aware, sentencing in this case is currently scheduled for September 7, 2023 at 10:00am.  I write, with the consent of AUSA Ashley Nicholas, to respectfully request an adjournment of that sentencing.  We have just received the final PSR in the afternoon of Friday, August 25, 2023.  In addition, we are awaiting several materials relevant to our sentencing submission.

I have reached out to Your Honor's Courtroom Deputy who has indicated that a date in October that could work with Your Honor's schedule was October 10, 2023 at 4pm.  This would work for the parties as well.  If that date is no longer available, additional dates in November that could work for the defense are November 8, 9, 14, 15, 16, or 28.

Thank you for your attention to this matter.

Sincerely,

Peter Katz, Esq.
*Counsel to Eliot Bacolas*

The request is granted.  The sentencing hearing is adjourned to October 10, 2023, at 4:00 p.m.  The parties shall file sentencing submissions in accordance with the Court's Individual Rules and Practices in Criminal Cases prior to the hearing.  The Clerk of Court is respectfully directed to close Docket Number 48.

SO ORDERED.
Date: August 28, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge