

September 11, 2023

**BY ECF**
Hon. John P. Cronan
United State District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  <u>United States v. Eliot Bacolas</u>, 21 CR 242 (JPC)

Dear Judge Cronan:

    I am counsel to Mr. Bacolas in the above referenced case.  On Friday I wrote to Your Honor requesting that Mr. Bacolas be permitted to attend a family dinner for a Jewish holiday observance this Friday, September 15th.  Because of a miscommunication among the defense and on my part, I mistakenly noted that Pretrial Officer Lettieri consented to that request. As I have now learned directly from Officer Lettieri, per office policy, Pretrial opposes any request for social activities for defendants, such as Mr. Bacolas, on home detention.  AUSA Bacolas had previously indicated to me that she would defer to Pretrial's recommendation.

    As such, our request (which is identical to one Your Honor granted in April) is opposed by both Pretrial and the government.  That said, for over 2 ½ years Mr. Bacolas has been on home confinement and has been monitored by Pretrial Services without incident.  He has been fully compliant – including regarding the April 2023 travel to Brooklyn.  Mr. Bacolas poses no risk of flight if Your Honor permits him to travel to Brooklyn for a familial and religious event.  We, therefore, renew our request that he be permitted to travel to Brooklyn on September 15th.

    Once again, I apologize for my error regarding Pretrial's position.

    Thank you for your attention to this matter.

Sincerely,

Peter Katz, Esq.
*Counsel to Eliot Bacolas*

The request is granted.  Mr. Bacolas shall be permitted to attend the family dinner on September 15, 2023.  The Clerk of Court is respectfully directed to close Docket Numbers 50 and 51.

SO ORDERED.
Date: September 11, 2023         JOHN P. CRONAN
New York, New York               United States District Judge