```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
                                                                 :
                                                                 :
              -v-                                                :    21 Cr. 242 (JPC)
                                                                 :
ELIOT BACOLAS,                                                   :    ORDER
                                                                 :
                     Defendant.                                  :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

     As discussed during today's sentencing hearing, the transcript of the hearing is sealed. The parties shall submit any proposed redactions for the public filing of the transcript, including any justifications for the redactions, by December 1, 2023.

     SO ORDERED.

Dated: November 13, 2023
       New York, New York

                                                          JOHN P. CRONAN
                                                        United States District Judge