UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                  :

UNITED STATES OF AMERICA                       :

            -v-                               :                21 Cr. 242 (JPC)

ELIOT BACOLAS,                          :                ORDER

               Defendant.            :

                                                   :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Defendant shall file any opposition to the Government's motion for a turnover order, Dkt. 68,

by February 24, 2025.

      SO ORDERED.

Dated: February 11, 2025
       New York, New York                            JOHN P. CRONAN
                                          United States District Judge